SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

\*\*E-filed 1/19/06\*\*

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY TANNER AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>GLENUS JOHN BENDER, individually and doing business as BENDER ELECTRIC,<br><br>Defendants. | CASE NO.: C05-03177 JF<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date:  January 20, 2006<br>Time:  10:30 a.m.<br>Place: Courtroom 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. The defendant in this matter has not yet been served. Plaintiffs have unsuccessfully attempted service on Defendant, as well as contact the Postal Service for a current address. A copy of the "Not Found or Non Service Return" is attached. Plaintiffs will continue to attempt service on Defendant.

/ / /

/ / /

1

CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

## DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

Plaintiffs would like to continue the case for sixty (60) days to continue to attempt service on defendant. Therefore, Plaintiffs request that the case be continued until March 24, 2006, for another Case Management Conference.

Respectfully submitted,

Dated: January 12, 2006

SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to March 24, 2006, at 10:30 a.m., in Courtroom 3, 5th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated:   1/18/06

JEREMY FOGEL
JUDGE OF THE U.S. DISTRICT COURT

2

CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

LAW OFFICE OF SUE CAMPBELL
1155 N. FIRST STREET
SAN JOSE, CA 95112
Telephone: (408) 277-0648
Attorneys for:

United States District Court -San Jose
United States District Court-San Jose

Plaintiff(s)  : TANNER, et al.
Defendant(s) : BENDER, et al.

Invoice No. 253493

**DECLARATION RE DILIGENCE**

Hearing Date:
Time:          Dept.
Case No. C05-03177 HRL

I Michael Matthews, and any employees or independent contractors retained by **Professional Legal Services, Inc.** are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on

## GLENUS JOHN BENDER, INDIVIDUALLY AND DBA BENDER ELECTRIC

(3) Alternate Address : ,
(2) Business Address  : ,
(1) Residence Address: 22369 AINSWORTH DRIVE, Los Altos, Ca 94024

| Date and time of attempt(s): | | Reason for non-service: | Loc |
|---|---|---|---|
| 11-2-05  | 6:22 pm  | NO ANSWER | |
| 11-5-05  | 8:50 am  | NO ANSWER | |
| 11-7-05  | 7:19 pm  | NO ANSWER | |
| 11-10-05 | 8:11 pm  | NO ANSWER | |
| 11-14-05 | 7:33 am  | NO ANSWER | |
| 11-17-05 | 9:16 pm  | NO ANSWER | |
| 11-20-05 | 11:18 am | NO ANSWER | |
| 11-25-05 | 9:02 am  | UNKNOWN HERE PER MIDDLE EASTER FEMALE OCCUPANT WHO BOUGHT THE HOUSE FIVE YEARS AGO. | |
| 12-23-05 | | RETURNING TO CLEAR FILES. | |

This Declaration is based upon business records maintained in the normal course of business I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on December 23, 2005        Signature: _Michael Matthews_
                                                Michael Matthews


Printed on recycled paper        **Professional Legal Services, Inc.** P.O. Box 28404, San Jose, CA 95159