1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728                    **E-filed 3/24/06**
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone:  (408) 277-0648
   Fax:    (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                       UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                                          )   CASE NO.: C05-03177 JF
   TERRY TANNER AND WILLIAM T.              )
11 BARROW, AS TRUSTEES OF THE               )
   INTERNATIONAL BROTHERHOOD OF             )   CASE MANAGEMENT
12 ELECTRICAL WORKERS LOCAL 332             )   CONFERENCE STATEMENT
   HEALTH AND WELFARE AND PENSION           )   AND ~~PROPOSED~~ ORDER
13 TRUST FUNDS, NEBF, JEIF, NECA            )
   SERVICE CHARGE, NECA, DUES               )   Date:      March 24, 2006
14 CHECK OFF  AND APPRENTICESHIP            )   Time:      10:30 a.m.
   TRAINING TRUST FUNDS,                    )   Place:     Courtroom 3, 5th Floor
15                                          )   Judge:     Hon. Jeremy Fogel
                   Plaintiffs,              )
16                                          )
   vs.                                      )
17                                          )
   GLENUS JOHN BENDER, individually and     )
18 doing business as BENDER ELECTRIC,       )
                                            )
19                 Defendants.              )
                                            )
20
           Plaintiff in the above-entitled action submits this Case Management Statement and
21
   proposed order, and requests that the court adopt it as the Case Management Order in this case.
22
   The defendant in this matter was personally served on February 25, 2006.  Defendant's answer
23
   is due March 17, 2006.
24
                           **DESCRIPTION OF THE CASE**
25
           This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust
26
   Funds.
27
           Plaintiffs would like to continue the case for sixty (60) days to allow time for filing an
28

                                            1

   **CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**

1 | answer by Defendant, or if there is no answer filed, to request a default against Defendant.
2 | Therefore, Plaintiffs request that the case be continued until May 26, 2006, for another Case
3 | Management Conference.
4
5 | Respectfully submitted,
6
7 | Dated: March 16, 2006
8 | SUE CAMPBELL
   | Attorney for Plaintiff
9

10 | **ORDER**

11 | The Case Management Conference is hereby continued to May 26, 2006, at 10:30 a.m.,
12 | in Courtroom 3, 5th Floor.  Plaintiff will file an update and proposed action ten (10) days prior
13 | to the Case Management Conference.
14
15 | Dated: 3/24/06
16 | JUDGE OF THE U.S. DISTRICT COURT
17
...
28

2

CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 1155 North First Street, Suite 101, San Jose, California 95112. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER**

☐      (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☑      (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐      (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐      (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Glenus John Bender, individually and dba
Bender Electric
4969 Ruttner Place
San Jose, CA 95111

☑      (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 16, 2006, at San Jose, California.

CHRISTINE DELGADILLO

3