**\*\*E-filed 5/23/06\*\***

1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone:  (408) 277-0648
   Fax:    (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                                          )    CASE NO.: C05-03177 JF
   TERRY TANNER AND WILLIAM T.              )
11 BARROW, AS TRUSTEES OF THE               )
   INTERNATIONAL BROTHERHOOD OF             )
12 ELECTRICAL WORKERS LOCAL 332             )    CASE MANAGEMENT
   HEALTH AND WELFARE AND PENSION           )    CONFERENCE STATEMENT
13 TRUST FUNDS, NEBF, JEIF, NECA            )    AND PROPOSED ORDER
   SERVICE CHARGE, NECA, DUES               )     and Order Continuing CMC date
14 CHECK OFF  AND APPRENTICESHIP            )    Date:      May 26, 2006
   TRAINING TRUST FUNDS,                    )    Time:      10:30 a.m.
15                                          )    Place:     Courtroom 3, 5th Floor
                    Plaintiffs,             )    Judge:     Hon. Jeremy Fogel
16                                          )
                                            )
17 vs.                                      )
                                            )
18 GLENUS JOHN BENDER, individually and     )
   doing business as BENDER ELECTRIC,       )
19                                          )
                    Defendants.             )
20 _____ )

21        Plaintiff in the above-entitled action submits this Case Management Statement and

22 proposed order, and requests that the court adopt it as the Case Management Order in this case.

23 The defendant in this matter was personally served on February 25, 2006.  A default was entered

24 against Defendant on March 31, 2006.  Plaintiffs are scheduling a motion for default judgment

25 for July 14, 2006.

26                        **DESCRIPTION OF THE CASE**

27        This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

28 Funds.

                                      1

1    Plaintiffs would like to continue the case for sixty (60) days to allow time for filing the

2  motion for default judgment.  Therefore, Plaintiffs request that the case be continued to July 14,

3  2006, the same date Plaintiffs are requesting their motion for default judgment.

4

5                                         Respectfully submitted,

6

7  Dated: May 16, 2006                    /s/
                                          SUE CAMPBELL
8                                         Attorney for Plaintiff

9

10                                      **ORDER**

11    The Case Management Conference is hereby continued to July 14, 2006, at 10:30 a.m.,

12  in Courtroom 3, 5th Floor.  Plaintiff will file an update and proposed action ten (10) days prior

13  to the Case Management Conference.

14

15  Dated: _____5/23/06_____      _____

16                                        JUDGE OF THE U.S. DISTRICT COURT
                                           JEREMY FOGEL
17

18

19

20

21

22

23

24

25

26

27

28

**CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**

# PROOF OF SERVICE

I am a citizen of the United States.  My business address is 1155 North First Street, Suite 101, San Jose, California 95112.  I am employed in the county of Santa Clara where this service occurs.  I am over the age of 18 years, and not a party to the within cause.  I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER**

❥ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

❥ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

❥ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

❥ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Glenus John Bender, individually and dba
Bender Electric
4969 Ruttner Place
San Jose, CA 95111

❥ (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 16, 2006, at San Jose, California.

_____
CHRISTINE DELGADILLO

**CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**